ERNEST Godfrey Logan Jr.

_____ (Full Name)

E Godfrey Logan @gml.om (Email Address)

2415 W. 6th St (Address Line 1)

Los Angeles, CA, 90013 (Address Line 2)

951-673-5644 (Phone Number)

Plaintiff in Pro Per

Related - DDJ

FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2024

CENTRAL DISTRICT OF CALIFORNIA
BY    ASH    DEPUTY

Fee
Due

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ERNEST Godfrey Logan JR.,

Plaintiff,

vs.

West King Market Inc.

3937 S. Western Ave

Los Angeles, CA, 90062

Defendant(s).

Case No.: 2:24cv7783-(PA-(E)
(To be supplied by the Clerk)

**Civil Rights Complaint Pursuant to
42 U.S.C. § 1983 (non-prisoners)**

**Jury Trial Demanded:** ☑Yes ☐ No

(*All paragraphs and pages must be numbered.*)

## I. JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because Los Angeles

*Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023*

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## III. PARTIES

3.    Plaintiff  ERNEST Godfrey LogAn JR  resides at:
*(your full name)*

2415 W. 6th St  L.A. CA. 90057.
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

SMOKE SHOP

4. Defendant  WEST King MARKET  (BOGUS) FRONT FENCE  works at
*(full name of Defendant)*

3937 S. WESTERN, AVE  L.A. CA. 90062.
*(Defendant's place of work)*

BROWN MALE / no nAME REUSE          SUPERVISORS

Defendant's title or position is  cLERK / CASHIER,
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☑ official capacity

This Defendant was acting under color of law because: DISCRIMINATION )
YOU don'T SAY (BUENOS nocHES) THEY give no
SERVICE OR Robb YOU in STORES (Pick Pocket ETc.)
SCAM -

5. Defendant _____ works at
*(full name of Defendant)*

_____.
*(Defendant's place of work)*

Defendant's title or position is _____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☐ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: _____

_____

_____

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

*Insert ¶ #*

on August-26-2024 Around 2:30 pm I LEFT U.S. COURTHOUSE DownTown Los Angeles. 255 w TEMPLE ST.

I STOPED AT GRAND CENTRAL MARKET 317 S. BROADWAY LOS. Angeles. CA 90013 BOUGHT A BEER #7.00 dollARS w/ RECIEPT. Around 3:00 pm To 4: pm) noon ETC.

*Insert ¶ #*

Had ATTACK words with grand CENTRAL MARKET THESE LATIn (BUENOS NOCHES) movement people followed ME.

TO MY NEXT LOCATION Smoke Shop WEST King MARKET 3937 S. WESTERN AVE. LOS Angeles, CA, 90062

*Insert ¶ #*

Upoh going in THE Smoke Shop STORE AS SOON AS YOU WALK IN TO THE SmokeShop STORE.

THE LATIn BROWN/BLACKS HAVE SomeTHing INVisible in Smoke Shop STORE Robbing CUSTOMERS THAT dont SAY OR SPEAK (BUENOS nocHES). THey Robbed COURT RECIEPTS for grand CENTRAL MARKET And money & CANNAbis Drugs in STORE smoke shop 18. TRaffic LigHTs on THERE CORNER 39.st ELETRonic SOPHISTEGATED SCAM THEFT not something REgulAR

*Page Number*
8c.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

____. Plaintiff realleges and incorporates by reference all of the paragraphs above.
Insert ¶ #

____. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following
Insert ¶ #    federal constitutional or statutory civil right:

DUE TO DISCRIMINATION & THEFT by STORE group WORKERS Busniess Professional negligence THEFT-Drugs/misconduct.

____. The above civil right was violated by the following Defendants:
Insert ¶ #    DISCRIMINATION / THEFT of Busniess misconduct WEST King MARKET 3937. S. WESTERN AVE. L-A. CA. 90062

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

____.
Insert ¶ #    AS A RESULT THESE (BROWN/BLACK) (this Buenos Noches) people working in STORE Location). IS USING SOME kind of ELECTRICAL FORCE in store TO Robb OR pick pocket All THERE CUSTOMERS CALling THEm/ SMOKER Drug Addicts).

____. As a result of the Defendant's violation of the above civil right, Plaintiff
Insert ¶ #    was harmed in the following way:
HAd To go bAck To (U.S. CouRTHouse) for moRE PAPER WORK plus LOST (MONEY - EVIdence - RECIEPTS) And TimE LOST All AT smoke SHop (WEST King mARKET). stolen in STORES -

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

$18th million DOLLARS of funds and PROPERTY/ASSETS Confiscated REPOSESSED back TO TRUEFUL And RightFul owner

. Plaintiff. ERNEST Godfrey Logan JR IS THE ActuAl owner of THIS AddRESS.

$18 million DollARs of fund RELIEF GRANTED TO plaintiff DUE TO THERE (Buenos Noctes) Black/Brown (LATin moVEMENT) — DisCriminaTion)

(18 Traffic ligHTS) CoRNER.

. THEy AlWAys Robb me All my LiFE in THis AREA STORES: I owN THE STORES. REQUEST owNERS PROPERTY VAlid LEASE NAME. PAST TO PRESENT PROPERTY will be Confiscated. if You Know owNER, NAMES mATcHES.

Dated: AuGUST-26-2024

Sign: Ernest Godfrey Logan jr

Print Name: ERNEST Godfrey LogAn JR.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: August-26-2024

Sign: Ernest Godfrey Logan Jr.

Print Name: ERNEST GODFREY LOGAN

Civil Rights Complaint Pursuant to U.S.C. § 1983